IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD KASKEY** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **OSMOSE HOLDINGS, INC.** and **BILL BANHOLTZ** and **KEVIN LEAP** | : | |
| Defendants/Third Party Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **DONALD SHOVLIN** | : | No. 13-4825 |
| Third Party Defendant. | : | |

### ORDER

**AND NOW**, this **20th** day of **March**, **2014**, upon consideration of Third-Party Defendant's Motion to Dismiss the Amended Third Party Complaint, Defendants/Third-Party Plaintiffs' response thereto, and Third Party Defendant's reply thereon, it is hereby **ORDERED** that the motion (Document No. 13) is **GRANTED.**

BY THE COURT:

_/s/ Berle M. Schiller_
**Berle M. Schiller, J.**